AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JAN 2 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Gilbert Tony Gonzales, Jr.
*Defendant*

Case No. CR-23-01324-002-PHX-JJT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Gilbert Tony Gonzales, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1153, 113(a)(1) and 2 (CIR-Assault with Intent to Commit Murder)
18:1153, 113(a)(3) and 2 (CIR-Assault with a Dangerous Weapon)
18:1153, 113(a)(6) and 2 (CIR-Assault Resulting in Serious Bodily Injury)
18:924(c)(1)(A) and 2 (Use of a Firearm During a Crime of Violence)

*Issuing officer's signature*

City and state: Phoenix, Arizona

ISSUED ON 1:48 pm, Sep 19, 2023
s/ Debra D. Lucas, Clerk

Katlyn James, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/2023 and the person was arrested on *(date)* 1/19/2024
at *(city and state)* Sacaton, AZ

Date: 1/22/2024

*Arresting officer's signature*
arrested by FBI

*Printed name and title*

cc: PTS